UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LEOPOLD LACOSTE, II**                                            **CIVIL ACTION**

**VERSUS**                                                                         **NO. 19-10333**

**CAPTAIN DANIEL HONEYCUTT**                              **SECTION: "G"(3)**

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Leopold Lacoste, II, is **DISMISSED WITH PREJUDICE**.

**NEW ORLEANS, LOUISIANA,** this 25th day of September, 2020.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**